<div style="text-align:center">

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

</div>

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand and fifteen.

Before:   Jon O. Newman,
      *Circuit Judge*.

_____

| | |
|---|---|
| Beatrice A. Oluoch,<br> Plaintiff-Appellee,<br><br>  v.<br><br>Stella Kerubo Orina,<br> Defendant-Appellant. | **ORDER**<br>Docket No. 15-1424 |

_____

  Appellant moves to reinstate this appeal.

  IT IS HEREBY ORDERED that the motion is GRANTED.

<div style="margin-left:50%">

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

</div>